Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Houston Division

United States Courts
Southern District of Texas
FILED

FEB 23 2018

David J. Bradley, Clerk of Court

|  |  |
|---|---|
| Angela Regina Adams - English | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| Harris County Clerk's Office | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. **18-cv-561**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Angela Regina Adams-English |
| Street Address | 9429 Caddo Rd |
| City and County | Houston Harris |
| State and Zip Code | 77078-2513 |
| Telephone Number | 713-633-8104 |
| E-mail Address | englishar@yahoo.com |

    **B.     The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name                                  Harris County Clerk's Office

    Job or Title *(if known)*

    Street Address                 201 Caroline

    City and County           Houston  Harris

    State and Zip Code        77002

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

C.     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Harris County Clerk's Office |
| Street Address | 201 Caroline |
| City and County | Houston  Harris |
| State and Zip Code | 77002 |
| Telephone Number | 713-274-8600 |

## II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒       Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐       Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Other federal law *(specify the federal law)*:

☐       Relevant state law *(specify, if known)*:

☐       Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Fraud and misrepresentation of action performed by someone else. In the event to cause a cover up of policy not being followed.

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

    May 2015 and continue until May 2016 on a daily, weekly and montlybaisc.

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☒ gender/sex       Female
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

I was written up  February 2, 2016 by Robert Antil with false information. When attempting to correct and prove my way of works,  showing past and present work habits (with supporting emails and call ticketing reports) I was suspended without pay.  Robert Antill was one of four directors,  that I had to report too within nine years of service.  The other three directors seen my worth and gave me a 50K raise within that time frame.

Then while on FMLA, I was terminated on the same false information.  However, as I reflex on the situation I notice that Antil had different standard for females and males.  When there was enough information to write up a male, they were only told, not to do that and/or swept it under the rug (sometimes given less work).  The only male terminated was  only because a female on the job was involved and Robert Antil said that why he was pursuing the issue.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 2, 2016

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   11/24/2017   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking that all false documents to be removed from my records and to be awarded full retirement benefits.To include my continuing ten years of service, with a cost of living increase for each year.Plus two year back payaveraging $887,186.10In my passed work history, I was always the go to person, to complete any assignment and the only reason my employment was terminated was due to acquisitions. With some of the data center closuer I was paid a stick around bonus to help retrive the final data. The only company that still exist today acquisition included a merge (ConocoPhillips) and requested the educitional package.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        2/22/2018

Signature of Plaintiff

Printed Name of Plaintiff     Angela Regina Adams-English

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Angela Adams-English
9429 Caddo Rd
Houston, TX 77078

From: Houston District Office
Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2016-01926 | Nelly Tamez,
Investigator | (713) 651-4935 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Rayford O. Irvin,
District Director

11/24/17
(Date Mailed)

cc:
Barbara Callistien
Senior Assistant County Attorney
HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress, 15th Fl.
Houston, TX 77002

Lowell Keig
TWC-Civil Rights Division
101 East 15th St
Austin, Texas 78778

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2016-01926 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Angela Adams-English** | **(713) 633-8104** | **02-28-1963** |

| Street Address | City, State and ZIP Code |
|---|---|
| **9429 Caddo Rd, Houston, TX 77078** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **HARRIS COUNTY CLERK** | **Unknown** | **(713) 755-6400** |

| Street Address | City, State and ZIP Code |
|---|---|
| **201 Caroline, Houston, TX 77002** | |

*RECEIVED MAR 22 2016 HOUSTON DISTRICT OFFICE EEOC*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| ☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | **02-09-2016** | **03-02-2016** |
| ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | | |
| ☐ OTHER *(Specify)* | ☒ CONTINUING ACTION | |

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s)):*

I. In October 2006, I began my employment with Harris County Clerk Office as a Network Administrator. On February 9, 2016, I was unfairly written up on hearsay by the Director of Information Technology, Mark Antill. I filed a grievance concerning the write up. On March 2, 2016, I received an acknowledgment of grievance and was suspended for two days without pay. I was informed by a coworker that Mark Antill mentioned he wanted to fire me.

II. On February 9, 2016, Mark Antill, Director of Information Technology, said he was writing me up for going outside of normal procedures. He stated someone told him I called Microsoft. I told him the information was untrue. He said he trust them. On March 2, 2016, Mark Antill suspended me for two days without pay for going against policy in calling Microsoft.

III. I believe I was discriminated against because of my race, Black, sex, female, age (over 40 years old) and was retaliated against for opposing an unlawful act in violation of Title VII Civil Rights Act of 1984, as amended, and Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3·20·16      *Angela F. Adams-English*<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*<br>03212016 |

*JANICE McBRIDE My Commission Expires October 15, 2017*

## Hours Summary as of 1/8/2016

ADAMS-ENGLISH, ANGELA REGINA                          **Dept-Division:** 515 - 5150

**For Pay Period:** 12/26/2015 - 1/8/2016      **Period:** 1601010
**Position:** 5152394024

### Week 1

| Day | Date | W | A | I | B | V | Other | | Other | Other | Other |
|-----|------|---|---|---|---|---|-------|--|-------|-------|-------|
| Saturday | 12/26/2015 | 1.5 | | | | | | | | | |
| Sunday | 12/27/2015 | | | | | | | | | | |
| Monday | 12/28/2015 | | | | | 8.0 | | | | | |
| Tuesday | 12/29/2015 | | | | | 8.0 | | | | | |
| Wednesday | 12/30/2015 | | | | | 8.0 | | | | | |
| Thursday | 12/31/2015 | | | | | 8.0 | | | | | |
| Friday | 1/1/2016 | | | | | | 8.0 | H | | | |
| Total | | 1.5 | .0 | .0 | .0 | 32.0 | 8.0 | | | | |

### Week 2

| Day | Date | W | A | I | B | V | Other | | Other | Other | Other |
|-----|------|---|---|---|---|---|-------|--|-------|-------|-------|
| Saturday | 1/2/2016 | | | | | | | | | | |
| Sunday | 1/3/2016 | | | | | | | | | | |
| Monday | 1/4/2016 | 8.0 | | | | | | | | | |
| Tuesday | 1/5/2016 | 9.0 | | | | | | | | | |
| Wednesday | 1/6/2016 | 2.2 | 5.8 | | | | | | | | |
| Thursday | 1/7/2016 | 8.0 | | | | | | | | | |
| Friday | 1/8/2016 | 8.0 | | | | | | | | | |
| Total | | 35.2 | 5.8 | .0 | .0 | .0 | .0 | | | | |

### Totals

| | Comp | Ill | Family Ill | Vacation | Military | Family Leave | Floating Holiday | Worker's Comp | Other |
|---|------|-----|-----|----------|----------|--------------|------------------|---------------|-------|
| | (E-A) | (I+B) | (B) | (V) | (M) | (S) | (S) | (C,Y) | (F,J,L,N,P,Q,X) |
| 2016 Beginning Bal: | 94.7 | 610.2 | 24.0 | 164.0 | 120.0 | 480.0 | 8.0 | | |
| This Period: | -3.3 | .0 | .0 | 32.0 | .0 | .0 | .0 | .0 | .0 |
| Hours Earned: | | 3.0 | | 4.5 | | | | | |
| Ending Bal: | 91.4 | 613.2 | 24.0 | 136.5 | 120.0 | 480.0 | 8.0 | | |
| Maximum Allowed: | 240 | 720 | | 184.0 | | | | | |
| | | | | | | | | | |
| 2015 Beginning Bal: | | | | | | 480.0 | | | |
| This Period: | | | | | | .0 | | | |
| Ending Bal: | | | | | | 480.0 | | | |

Back

**Subject:** Replication error with our site name

**Date:** Monday, January 11, 2016 at 4:09:18 PM Central Standard Time

**From:** English, Angela (CCO)

**To:** Cordova, Pedro (ITC)

**Priority:** High

DC=hco,DC=hc,DC=hctx,DC=net
 PID-Delta\SVPHCODCS via RPC
    DSA object GUID: 1a3f15d7-097a-48a3-8ca7-684e608ade44
    Last attempt @ 2016-01-01 19:45:18 was successful.
 DT-Primary\SVPPHESDC1 via RPC
    DSA object GUID: 5be9698e-0559-4d03-b469-40a0103373ba
    Last attempt @ 2016-01-01 19:45:18 was successful.
  CCO-Primary\HCCCODC3 via RPC
    DSA object GUID: 596358e5-2379-4c8a-a748-4db12d0adaa7
    Last attempt @ 2016-01-07 20:57:44 failed, result 1256 (0x4e8):
       The remote system is not available. For information about network tr
oubleshooting, see Windows Help.
    2 consecutive failure(s).
    Last success @ 2016-01-06 21:42:09.

## Thanks
## Angela English
   aenglish@cco.hctx.net
HCCO Network Administrator
      713-755-9448

*Angela English*
aenglish@cco.hctx.net
HCCO Network Administrator
713-755-9448

**From:** Cordova, Pedro (ITC)
**Sent:** Monday, January 11, 2016 4:28 PM
**To:** English, Angela (CCO) <AEnglish@cco.hctx.net>
**Subject:** Re: Replication error with our site name

What is 10.30.24.140? The following is a dns test that I ran with the output below.

"dcdiag /test:dns /v /s:hcccodc1.cco.hc.hctx.net /f:c:\test\dcdiag.txt"


Directory Server Diagnosis


Performing initial setup:

   * Connecting to directory service on server hcccodc1.cco.hc.hctx.net.

   * Identified AD Forest.
   Collecting AD specific global data
   * Collecting site info.

   Calling
ldap_search_init_page(hld,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net,LDAP_SCOPE_SUBTREE,(objectCategory=ntDSSiteSettings),.......
   The previous call succeeded
   Iterating through the sites
   Looking at base site object: CN=NTDS Site Settings,CN=HCSO-Lockwood,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=HCSO-Ballistics,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=RS-JPD-CUPS6,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=Root-Hcpct2,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=Root-Hcpct3,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=CCO-ETC,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=CCO-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=ConPct4-Cypresswood,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=HCSO-Baker,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=CSC-South,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site
   Looking at base site object: CN=NTDS Site Settings,CN=CSC-West,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   Getting ISTG and options for the site

Looking at base site object: CN=NTDS Site Settings,CN=HCPCT1-ElRio,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=CSC-East,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=CSC-North,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=HCSO-Atascocita,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=Root-Hcphes,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=HCSO-Caroline,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=RS-SO-Tomball,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=MurworthAnnex,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=PID-Delta,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=Root-CAC,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
Looking at base site object: CN=NTDS Site Settings,CN=Root-FT,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
Getting ISTG and options for the site
* Identifying all servers.

Calling
ldap_search_init_page(hld,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net,LDAP_SCOPE_SUBTREE,(objectClass=ntDSDsa),.
......
The previous call succeeded....
The previous call succeeded
Iterating through the list of servers
Getting information for the server CN=NTDS Settings,CN=HCTOSRV4,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCTOSRV1,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCPHDCMO1,CN=Servers,CN=Root-
Hcphes,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCCCODC6,CN=Servers,CN=CCO-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net

3

objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCSODC01,CN=Servers,CN=HCSO-
Baker,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPPHESDC01,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPPHESDC03,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPPHESDC02,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCTOSRV2,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPJPDDC02,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCSODC10,CN=Servers,CN=HCSO-
Caroline,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected

Getting information for the server CN=NTDS Settings,CN=SVPHCAD4,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
  objectGuid obtained
  InvocationID obtained
  dnsHostname obtained
  site info obtained
  All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCAD2,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
  objectGuid obtained
  InvocationID obtained
  dnsHostname obtained
  site info obtained
  All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCAD5,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
  objectGuid obtained
  InvocationID obtained
  dnsHostname obtained
  site info obtained
  All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCAD3,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
  objectGuid obtained
  InvocationID obtained
  dnsHostname obtained
  site info obtained
  All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCODC1,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
  objectGuid obtained
  InvocationID obtained
  dnsHostname obtained
  site info obtained
  All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCODC3,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
  objectGuid obtained
  InvocationID obtained
  dnsHostname obtained
  site info obtained
  All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCODC4,CN=Servers,CN=MurworthAnnex,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
  objectGuid obtained
  InvocationID obtained
  dnsHostname obtained
  site info obtained
  All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCODC2,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
  objectGuid obtained
  InvocationID obtained
  dnsHostname obtained
  site info obtained

All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCODC6,CN=Servers,CN=Root-CAC,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCCCODC1,CN=Servers,CN=CCO-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=ZWTPDC,CN=Servers,CN=Root-Hcpct2,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=ZNCDC,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVRHCAD1,CN=Servers,CN=Root-FT,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVRHCODC1,CN=Servers,CN=Root-FT,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCODC8,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPJPDDC1,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained

site info obtained
All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=SVPJPDDC2,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=SVPCD4DC1,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=SVPCD4DC2,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=SVPHCODC5,CN=Servers,CN=PID-Delta,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=CSC-S95,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=CSC-S96,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=CSC-S91,CN=Servers,CN=DT-Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=CSC-S94,CN=Servers,CN=CSC-North,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained

Exhibit 2 (8 of 16)

dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=CSC-S93,CN=Servers,CN=CSC-
South,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCCETCDC1,CN=Servers,CN=CCO-
ETC,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCCCODC4,CN=Servers,CN=CCO-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=HCCCODC3,CN=Servers,CN=CCO-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPPHESDC1,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVRPHESDC1,CN=Servers,CN=Root-
FT,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=CSC-S90,CN=Servers,CN=CSC-
East,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained
InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCCOMDC1,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
objectGuid obtained

InvocationID obtained
dnsHostname obtained
site info obtained
All the info for the server collected
Getting information for the server CN=NTDS Settings,CN=SVPHCCOMDC2,CN=Servers,CN=DT-
Primary,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=HCPCT2DC3,CN=Servers,CN=Root-
Hcpct2,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=CSC-S92,CN=Servers,CN=CSC-
West,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=HCSODC02,CN=Servers,CN=HCSO-
Baker,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   Getting information for the server CN=NTDS Settings,CN=HCSODC11,CN=Servers,CN=RS-SO-
Tomball,CN=Sites,CN=Configuration,DC=hc,DC=hctx,DC=net
   objectGuid obtained
   InvocationID obtained
   dnsHostname obtained
   site info obtained
   All the info for the server collected
   * Identifying all NC cross-refs.

   * Found 48 DC(s). Testing 1 of them.

   Done gathering initial info.


Doing initial required tests


   Testing server: CCO-Primary\HCCCODC1

      Starting test: Connectivity

         * Active Directory LDAP Services Check
         Determining IP4 connectivity

\* Active Directory RPC Services Check
.......................... HCCCODC1 passed test Connectivity

Doing primary tests

Testing server: CCO-Primary\HCCCODC1

   Test omitted by user request: Advertising

   Test omitted by user request: CheckSecurityError

   Test omitted by user request: CutoffServers

   Test omitted by user request: FrsEvent

   Test omitted by user request: DFSREvent

   Test omitted by user request: SysVolCheck

   Test omitted by user request: KccEvent

   Test omitted by user request: KnowsOfRoleHolders

   Test omitted by user request: MachineAccount

   Test omitted by user request: NCSecDesc

   Test omitted by user request: NetLogons

   Test omitted by user request: ObjectsReplicated

   Test omitted by user request: OutboundSecureChannels

   Test omitted by user request: Replications

   Test omitted by user request: RidManager

   Test omitted by user request: Services

   Test omitted by user request: SystemLog

   Test omitted by user request: Topology

   Test omitted by user request: VerifyEnterpriseReferences

   Test omitted by user request: VerifyReferences

   Test omitted by user request: VerifyReplicas

Starting test: DNS

DNS Tests are running and not hung. Please wait a few minutes...

See DNS test in enterprise tests section for results
......................... HCCCODC1 passed test DNS


Running partition tests on : DomainDnsZones

  Test omitted by user request: CheckSDRefDom

  Test omitted by user request: CrossRefValidation


Running partition tests on : ForestDnsZones

  Test omitted by user request: CheckSDRefDom

  Test omitted by user request: CrossRefValidation


Running partition tests on : cco

  Test omitted by user request: CheckSDRefDom

  Test omitted by user request: CrossRefValidation


Running partition tests on : Schema

  Test omitted by user request: CheckSDRefDom

  Test omitted by user request: CrossRefValidation


Running partition tests on : Configuration

  Test omitted by user request: CheckSDRefDom

  Test omitted by user request: CrossRefValidation


Running enterprise tests on : hc.hctx.net

  Starting test: DNS

    Test results for domain controllers:


      DC: HCCCODC1.cco.hc.hctx.net

      Domain: cco.hc.hctx.net

TEST: Authentication (Auth)
  Authentication test: Successfully completed

TEST: Basic (Basc)
  The OS Microsoft Windows Server 2012 Standard (Service Pack level: 0.0) is supported.

  NETLOGON service is running

  kdc service is running

  DNSCACHE service is running

  DNS service is running

  DC is a DNS server

  Network adapters information:

  Adapter [00000023] Microsoft Network Adapter Multiplexor Driver:

    MAC address is 90:B1:1C:59:05:35
    IP Address is static
    IP address: 10.2.45.209
    DNS servers:

      172.21.12.15 (HCCCODC3) [Valid]
      172.21.12.16 (HCCCODC4) [Valid]
  The A host record(s) for this DC was found
  The SOA record for the Active Directory zone was found
  The Active Directory zone on this DC/DNS server was found primary
  Root zone on this DC/DNS server was not found

TEST: Forwarders/Root hints (Forw)
  Recursion is enabled
  Forwarders Information:
    10.30.24.140 (<name unavailable>) [Invalid (unreachable)]
    10.30.27.141 (SVPHCAD3) [Valid]

TEST: Delegations (Del)
  No delegations were found in this zone on this DNS server

TEST: Dynamic update (Dyn)
  Test record dcdiag-test-record added successfully in zone cco.hc.hctx.net
  Warning: Failed to delete the test record dcdiag-test-record in zone cco.hc.hctx.net
  [Error details: 9505 (Type: Win32 - Description: Unsecured DNS packet.)]

TEST: Records registration (RReg)
  Network Adapter [00000023] Microsoft Network Adapter Multiplexor Driver:

    Matching CNAME record found at DNS server 172.21.12.15:
    9d88556f-b7a6-46e0-9ce9-0f8b2f7894d9._msdcs.hc.hctx.net

    Matching A record found at DNS server 172.21.12.15:

HCCCODC1.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_ldap._tcp.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_ldap._tcp.81842fd6-f2e7-4e04-8568-80ab2e537e0f.domains._msdcs.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_kerberos._tcp.dc._msdcs.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_ldap._tcp.dc._msdcs.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_kerberos._tcp.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_kerberos._udp.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_kpasswd._tcp.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_ldap._tcp.CCO-Primary._sites.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_kerberos._tcp.CCO-Primary._sites.dc._msdcs.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_ldap._tcp.CCO-Primary._sites.dc._msdcs.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_kerberos._tcp.CCO-Primary._sites.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_ldap._tcp.gc._msdcs.hc.hctx.net

Matching A record found at DNS server 172.21.12.15:
gc._msdcs.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_gc._tcp.CCO-Primary._sites.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.15:
_ldap._tcp.CCO-Primary._sites.gc._msdcs.hc.hctx.net

Matching CNAME record found at DNS server 172.21.12.16:
9d88556f-b7a6-46e0-9ce9-0f8b2f7894d9._msdcs.hc.hctx.net

Matching A record found at DNS server 172.21.12.16:
HCCCODC1.cco.hc.hctx.net

Matching  SRV record found at DNS server 172.21.12.16:
_ldap._tcp.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_ldap._tcp.81842fd6-f2e7-4e04-8568-80ab2e537e0f.domains._msdcs.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_kerberos._tcp.dc._msdcs.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_ldap._tcp.dc._msdcs.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_kerberos._tcp.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_kerberos._udp.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_kpasswd._tcp.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_ldap._tcp.CCO-Primary._sites.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_kerberos._tcp.CCO-Primary._sites.dc._msdcs.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_ldap._tcp.CCO-Primary._sites.dc._msdcs.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_kerberos._tcp.CCO-Primary._sites.cco.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_ldap._tcp.gc._msdcs.hc.hctx.net

Matching A record found at DNS server 172.21.12.16:
gc._msdcs.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_gc._tcp.CCO-Primary._sites.hc.hctx.net

Matching SRV record found at DNS server 172.21.12.16:
_ldap._tcp.CCO-Primary._sites.gc._msdcs.hc.hctx.net


**Summary of test results for DNS servers used by the above domain controllers:**


DNS server: 10.30.24.140 (<name unavailable>)

   1 test failure on this DNS server

      PTR record query for the 1.0.0.127.in-addr.arpa. failed on the DNS server 10.30.24.140          [Error details: 1460
(Type: Win32 - Description: This operation returned because the timeout period expired.)]
         Name resolution is not functional. _ldap._tcp.hc.hctx.net. failed on the DNS server 10.30.24.140

[Error details: 1460 (Type: Win32 - Description: This operation returned because the timeout period expired.)]

DNS server: 10.30.27.141 (SVPHCAD3)

All tests passed on this DNS server

Name resolution is functional._ldap._tcp SRV record for the forest root domain is registered

DNS server: 172.21.12.15 (HCCCODC3)

All tests passed on this DNS server

Name resolution is functional._ldap._tcp SRV record for the forest root domain is registered

DNS server: 172.21.12.16 (HCCCODC4)

All tests passed on this DNS server

Name resolution is functional._ldap._tcp SRV record for the forest root domain is registered

Summary of DNS test results:

| | Auth | Basc | Forw | Del | Dyn | RReg | Ext |
|---|---|---|---|---|---|---|---|
| Domain: cco.hc.hctx.net | | | | | | | |
| HCCCODC1 | PASS | PASS | PASS | PASS | WARN | PASS | n/a |

......................... hc.hctx.net passed test DNS

Test omitted by user request: LocatorCheck

Test omitted by user request: Intersite

**From:** "English, Angela (CCO)" <AEnglish@cco.hctx.net>
**Date:** Monday, January 11, 2016 at 4:09 PM
**To:** Pedro Cordova <Pedro.Cordova@itc.hctx.net>
**Subject:** Replication error with our site name

DC=hco,DC=hc,DC=hctx,DC=net
   PID-Delta\SVPHCODC5 via RPC
      DSA object GUID: 1a3f15d7-097a-48a3-8ca7-684e608ade44
      Last attempt @ 2016-01-01 19:45:18 was successful.
   DT-Primary\SVPPHESDC1 via RPC
      DSA object GUID: 5be9698e-0559-4d03-b469-40a0103373ba
      Last attempt @ 2016-01-01 19:45:18 was successful.
   CCO-Primary\HCCCODC3 via RPC
      DSA object GUID: 596358e5-2379-4c8a-a748-4db12d0adaa7
      Last attempt @ 2016-01-07 20:57:44 failed, result 1256 (0x4e8):
         The remote system is not available. For information about network tr
oubleshooting, see Windows Help.
      2 consecutive failure(s).

15

Last success @ 2016-01-06 21:42:09.

*Thanks*

*Angela English*

aenglish@cco.hctx.net

HCCO Network Administrator

713-755-9448

## English, Angela (CCO)

| | |
|---|---|
| **From:** | Reasoner, Bob (ITC) |
| **Sent:** | Friday, February 12, 2016 4:00 PM |
| **To:** | English, Angela (CCO) |
| **Subject:** | RE: Replication Issue |

I have asked Pedro to schedule a time to come over and see if he can assist.

Bob

**From:** English, Angela (CCO)
**Sent:** Friday, February 12, 2016 3:45 PM
**To:** Reasoner, Bob (ITC) <Bob.Reasoner@itc.hctx.net>
**Subject:** Replication Issue
**Importance:** High

Bob Mark M, said that I can contact you to see if you could send one of the guys to help me with our replication issue with our remote sites.
All of our Dc's can replicate to **SVPHCAD2** (have a table with that information)  but in the Name server it will not resolve to this server.
         I removed it and added it back it finds the ip but it still will not connect (I get the server with this IP address is not authoritative for the required  zone) message.

---

### Edit Name Server Record

Enter a server name and one or more IP addresses.  Both are required to identify the name server.

Server fully qualified domain name (FQDN):

                                                                          Resolve

IP Addresses of this NS record:

| IP Address | Validated | |
|---|---|---|
| <Click here to add an IP Address> | | |
| 10.30.27.140 | The server with this IP address is not ... | |

                                                              OK          Cancel

---

From HCCCODC3 it's trying to resolve to 10.30.24.140
DNS server: 10.30.24.140 (<name unavailable>)

1

I disagree with the information on 02/09/16 at 1:00.

The document states the issue has been fixed as you can see issue is <u>still not fixed</u>

Other supporting documents can be added.



<u>Microsoft Windows [Version 6.2.9200]</u>
<u>(c) 2012 Microsoft Corporation. All rights reserved.</u>

<u>C:\Users\Administrator.CCO>repadmin /replsum</u>
<u>Replication Summary Start Time: 2016-02-09 14:49:06</u>

<u>Beginning data collection for replication summary, this may take awhile:</u>
<u>..........................................</u>

| Source DSA | largest delta | fails/total %% | error |
|---|---|---|---|
| <u>CSC-S90</u> | <u>14m:20s</u> | <u>0 / 13</u> | <u>0</u> |
| <u>CSC-S91</u> | <u>59m:20s</u> | <u>0 / 77</u> | <u>0</u> |
| <u>CSC-S92</u> | <u>03m:44s</u> | <u>0 / 13</u> | <u>0</u> |
| <u>CSC-S93</u> | <u>13m:57s</u> | <u>0 / 13</u> | <u>0</u> |
| <u>CSC-S94</u> | <u>03m:44s</u> | <u>0 / 13</u> | <u>0</u> |
| <u>CSC-S95</u> | <u>59m:20s</u> | <u>0 / 38</u> | <u>0</u> |
| <u>CSC-S96</u> | <u>58m:58s</u> | <u>0 / 63</u> | <u>0</u> |
| <u>HCCCODC1</u> | <u>07d.07h:58m:52s</u> | <u>9 / 15</u> | <u>60 (1256) The remote system is</u> |
| <u>not available. For information about network troubleshooting, see Windows Help.</u> | | | |
| <u>HCCCODC3</u> | <u>58m:00s</u> | <u>0 / 30</u> | <u>0</u> |
| <u>HCCCODC4</u> | <u>13m:40s</u> | <u>0 / 30</u> | <u>0</u> |



**Netwrix Auditor**

# Domain Controllers Service Principal Names

Shows domain controllers, their paths, operating systems running on them and service principal names used by
services on these domain controllers.

| Filter | Value |
|--------|-------|
|        |       |

**Path**

\net\hctx\hc\cco\Domain Controllers\HCCCODC1
    Computer Operating System Version: 6.2 (9200)
    Computer Operating System: Windows Server 2012 Standard
    rIDSetReferences: CN=RID Set,CN=HCCCODC1,OU=Domain Controllers,DC=cco,DC=hc,DC=hctx,DC=net
    Service Principal Name: Dfsr-12F9A27C-BF97-4787-9364-D31B6C55EB04/HCCCODC1.cco.hc.hctx.net ~
    Service Principal Name: DNS/HCCCODC1.cco.hc.hctx.net
    Service Principal Name: E3514235-4B06-11D1-AB04-00C04FC2DCD2/9d88556f-b7a6-46e0-9ce9-0f8b2f7894d9/cco.hc.hctx.net
    Service Principal Name: exchangeAB/HCCCODC1
    Service Principal Name: exchangeAB/HCCCODC1.cco.hc.hctx.net
    Service Principal Name: GC/HCCCODC1.cco.hc.hctx.net/hc.hctx.net
    Service Principal Name: HOST/HCCCODC1
    Service Principal Name: HOST/HCCCODC1.cco.hc.hctx.net
    Service Principal Name: HOST/HCCCODC1.cco.hc.hctx.net/CCO
    Service Principal Name: HOST/HCCCODC1.cco.hc.hctx.net/cco.hc.hctx.net
    Service Principal Name: HOST/HCCCODC1/CCO
    Service Principal Name: ldap/9d88556f-b7a6-46e0-9ce9-0f8b2f7894d9._msdcs.hc.hctx.net
    Service Principal Name: ldap/HCCCODC1
    Service Principal Name: ldap/HCCCODC1.cco.hc.hctx.net
    Service Principal Name: ldap/HCCCODC1.cco.hc.hctx.net/CCO
    Service Principal Name: ldap/HCCCODC1.cco.hc.hctx.net/cco.hc.hctx.net
    Service Principal Name: ldap/HCCCODC1.cco.hc.hctx.net/DomainDnsZones.cco.hc.hctx.net
    Service Principal Name: ldap/HCCCODC1.cco.hc.hctx.net/ForestDnsZones.hc.hctx.net
    Service Principal Name: ldap/HCCCODC1/CCO
    Service Principal Name: NtFrs-88f5d2bd-b646-11d2-a6d3-00c04fc9b232/HCCCODC1.cco.hc.hctx.net
    Service Principal Name: RestrictedKrbHost/HCCCODC1
    Service Principal Name: RestrictedKrbHost/HCCCODC1.cco.hc.hctx.net
    Service Principal Name: RPC/9d88556f-b7a6-46e0-9ce9-0f8b2f7894d9._msdcs.hc.hctx.net
    Service Principal Name: TERMSRV/HCCCODC1
    Service Principal Name: TERMSRV/HCCCODC1.cco.hc.hctx.net
    Service Principal Name: WSMAN/HCCCODC1
    Service Principal Name: WSMAN/HCCCODC1.cco.hc.hctx.net

\net\hctx\hc\cco\Domain Controllers\HCCCODC3
    Computer Operating System Version: 6.2 (9200)
    Computer Operating System: Windows Server 2012 Standard
    rIDSetReferences: CN=RID Set,CN=HCCCODC3,OU=Domain Controllers,DC=cco,DC=hc,DC=hctx,DC=net

**Netwrix Auditor**

Service Principal Name: Dfsr-12F9A27C-BF97-4787-9364-D31B6C55EB04/HCCCODC3.cco.hc.hctx.net

Service Principal Name: DNS/HCCCODC3.cco.hc.hctx.net

Service Principal Name: E3514235-4B06-11D1-AB04-00C04FC2DCD2/596358e5-2379-4c8a-a748-4db12d0adaa7/cco.hc.hctx.net

Service Principal Name: exchangeAB/HCCCODC3

Service Principal Name: exchangeAB/HCCCODC3.cco.hc.hctx.net

Service Principal Name: GC/HCCCODC3.cco.hc.hctx.net/hc.hctx.net

Service Principal Name: HOST/HCCCODC3

Service Principal Name: HOST/HCCCODC3.cco.hc.hctx.net

Service Principal Name: HOST/HCCCODC3.cco.hc.hctx.net/CCO

Service Principal Name: HOST/HCCCODC3.cco.hc.hctx.net/cco.hc.hctx.net

Service Principal Name: HOST/HCCCODC3/CCO

Service Principal Name: ldap/596358e5-2379-4c8a-a748-4db12d0adaa7._msdcs.hc.hctx.net

Service Principal Name: ldap/HCCCODC3

Service Principal Name: ldap/HCCCODC3.cco.hc.hctx.net

Service Principal Name: ldap/HCCCODC3.cco.hc.hctx.net/CCO

Service Principal Name: ldap/HCCCODC3.cco.hc.hctx.net/cco.hc.hctx.net

Service Principal Name: ldap/HCCCODC3.cco.hc.hctx.net/DomainDnsZones.cco.hc.hctx.net

Service Principal Name: ldap/HCCCODC3.cco.hc.hctx.net/ForestDnsZones.hc.hctx.net

Service Principal Name: ldap/HCCCODC3/CCO

Service Principal Name: NtFrs-88f5d2bd-b646-11d2-a6d3-00c04fc9b232/HCCCODC3.cco.hc.hctx.net

Service Principal Name: RestrictedKrbHost/HCCCODC3

Service Principal Name: RestrictedKrbHost/HCCCODC3.cco.hc.hctx.net

Service Principal Name: RPC/596358e5-2379-4c8a-a748-4db12d0adaa7._msdcs.hc.hctx.net

Service Principal Name: TERMSRV/HCCCODC3

Service Principal Name: TERMSRV/HCCCODC3.cco.hc.hctx.net

Service Principal Name: WSMAN/HCCCODC3

Service Principal Name: WSMAN/HCCCODC3.cco.hc.hctx.net

\net\hctx\hc\cco\Domain Controllers\HCCCODC4

    Computer Operating System Version: 6.2 (9200)

    Computer Operating System: Windows Server 2012 Standard

    rIDSetReferences: CN=RID Set,CN=HCCCODC4,OU=Domain Controllers,DC=cco,DC=hc,DC=hctx,DC=net

    Service Principal Name: Dfsr-12F9A27C-BF97-4787-9364-D31B6C55EB04/HCCCODC4.cco.hc.hctx.net

    Service Principal Name: DNS/HCCCODC4.cco.hc.hctx.net

    Service Principal Name: E3514235-4B06-11D1-AB04-00C04FC2DCD2/68f89972-20a0-4360-80d6-44c61c6ced94/cco.hc.hctx.net

    Service Principal Name: exchangeAB/HCCCODC4

    Service Principal Name: exchangeAB/HCCCODC4.cco.hc.hctx.net

    Service Principal Name: GC/HCCCODC4.cco.hc.hctx.net/hc.hctx.net

    Service Principal Name: HOST/HCCCODC4

    Service Principal Name: HOST/HCCCODC4.cco.hc.hctx.net

    Service Principal Name: HOST/HCCCODC4.cco.hc.hctx.net/CCO

    Service Principal Name: HOST/HCCCODC4.cco.hc.hctx.net/cco.hc.hctx.net

    Service Principal Name: HOST/HCCCODC4/CCO

    Service Principal Name: ldap/68f89972-20a0-4360-80d6-44c61c6ced94._msdcs.hc.hctx.net

    Service Principal Name: ldap/HCCCODC4

    Service Principal Name: ldap/HCCCODC4.cco.hc.hctx.net

**Netwrix Auditor**

Service Principal Name: ldap/HCCCODC4.cco.hc.hctx.net/CCO

Service Principal Name: ldap/HCCCODC4.cco.hc.hctx.net/cco.hc.hctx.net

Service Principal Name: ldap/HCCCODC4.cco.hc.hctx.net/DomainDnsZones.cco.hc.hctx.net

Service Principal Name: ldap/HCCCODC4.cco.hc.hctx.net/ForestDnsZones.hc.hctx.net

Service Principal Name: ldap/HCCCODC4/CCO

Service Principal Name: NtFrs-88f5d2bd-b646-11d2-a6d3-00c04fc9b232/HCCCODC4.cco.hc.hctx.net

Service Principal Name: RestrictedKrbHost/HCCCODC4

Service Principal Name: RestrictedKrbHost/HCCCODC4.cco.hc.hctx.net

Service Principal Name: RPC/01ddc219-b394-481d-97ee-7bf8751731c3._msdcs.hc.hctx.net

Service Principal Name: RPC/68f89972-20a0-4360-80d6-44c61c6ced94._msdcs.hc.hctx.net

Service Principal Name: TERMSRV/HCCCODC4

Service Principal Name: TERMSRV/HCCCODC4.cco.hc.hctx.net

Service Principal Name: WSMAN/HCCCODC4

Service Principal Name: WSMAN/HCCCODC4.cco.hc.hctx.net

\net\hctx\hc\cco\Domain Controllers\HCCCODC6

Computer Operating System Service Pack: Service Pack 1

Computer Operating System Version: 6.1 (7601)

Computer Operating System: Windows Server 2008 R2 Standard

rIDSetReferences: CN=RID Set,CN=HCCCODC6,OU=Domain Controllers,DC=cco,DC=hc,DC=hctx,DC=net

Service Principal Name: Dfsr-12F9A27C-BF97-4787-9364-D31B6C55EB04/HCCCODC6.cco.hc.hctx.net

Service Principal Name: DNS/HCCCODC6.cco.hc.hctx.net

Service Principal Name: E3514235-4B06-11D1-AB04-00C04FC2DCD2/e31ae89d-5209-4f87-86ed-be3d8c78e909/cco.hc.hctx.net

Service Principal Name: exchangeAB/HCCCODC6

Service Principal Name: exchangeAB/HCCCODC6.cco.hc.hctx.net

Service Principal Name: GC/HCCCODC6.cco.hc.hctx.net/hc.hctx.net

Service Principal Name: HOST/HCCCODC6

Service Principal Name: HOST/HCCCODC6.cco.hc.hctx.net

Service Principal Name: HOST/HCCCODC6.cco.hc.hctx.net/CCO

Service Principal Name: HOST/HCCCODC6.cco.hc.hctx.net/cco.hc.hctx.net

Service Principal Name: HOST/HCCCODC6/CCO

Service Principal Name: ldap/e31ae89d-5209-4f87-86ed-be3d8c78e909._msdcs.hc.hctx.net

Service Principal Name: ldap/HCCCODC6

Service Principal Name: ldap/HCCCODC6.cco.hc.hctx.net

Service Principal Name: ldap/HCCCODC6.cco.hc.hctx.net/CCO

Service Principal Name: ldap/HCCCODC6.cco.hc.hctx.net/cco.hc.hctx.net

Service Principal Name: ldap/HCCCODC6.cco.hc.hctx.net/DomainDnsZones.cco.hc.hctx.net

Service Principal Name: ldap/HCCCODC6.cco.hc.hctx.net/ForestDnsZones.hc.hctx.net

Service Principal Name: ldap/HCCCODC6/CCO

Service Principal Name: NtFrs-88f5d2bd-b646-11d2-a6d3-00c04fc9b232/HCCCODC6.cco.hc.hctx.net

Service Principal Name: RestrictedKrbHost/HCCCODC6

Service Principal Name: RestrictedKrbHost/HCCCODC6.cco.hc.hctx.net

Service Principal Name: TERMSRV/HCCCODC6

Service Principal Name: TERMSRV/HCCCODC6.cco.hc.hctx.net

\net\hctx\hc\cco\Domain Controllers\HCCETCDC1

Computer Operating System Version: 6.2 (9200)

Netwrix Auditor

Computer Operating System: Windows Server 2012 Standard

rIDSetReferences: CN=RID Set,CN=HCCETCDC1,OU=Domain Controllers,DC=cco,DC=hc,DC=hctx,DC=net

Service Principal Name: Dfsr-12F9A27C-BF97-4787-9364-D31B6C55EB04/HCCETCDC1.cco.hc.hctx.net

Service Principal Name: DNS/HCCETCDC1.cco.hc.hctx.net

Service Principal Name: E3514235-4B06-11D1-AB04-00C04FC2DCD2/b9a69348-4329-466c-84b5-9f130e7647a3/cco.hc.hctx.net

Service Principal Name: exchangeAB/HCCETCDC1

Service Principal Name: exchangeAB/HCCETCDC1.cco.hc.hctx.net

Service Principal Name: GC/HCCETCDC1.cco.hc.hctx.net/hc.hctx.net

Service Principal Name: HOST/HCCETCDC1

Service Principal Name: HOST/HCCETCDC1.cco.hc.hctx.net

Service Principal Name: HOST/HCCETCDC1.cco.hc.hctx.net/CCO

Service Principal Name: HOST/HCCETCDC1.cco.hc.hctx.net/cco.hc.hctx.net

Service Principal Name: HOST/HCCETCDC1/CCO

Service Principal Name: ldap/b9a69348-4329-466c-84b5-9f130e7647a3._msdcs.hc.hctx.net

Service Principal Name: ldap/HCCETCDC1

Service Principal Name: ldap/HCCETCDC1.cco.hc.hctx.net

Service Principal Name: ldap/HCCETCDC1.cco.hc.hctx.net/CCO

Service Principal Name: ldap/HCCETCDC1.cco.hc.hctx.net/cco.hc.hctx.net

Service Principal Name: ldap/HCCETCDC1.cco.hc.hctx.net/DomainDnsZones.cco.hc.hctx.net

Service Principal Name: ldap/HCCETCDC1.cco.hc.hctx.net/ForestDnsZones.hc.hctx.net

Service Principal Name: ldap/HCCETCDC1/CCO

Service Principal Name: NtFrs-88f5d2bd-b646-11d2-a6d3-00c04fc9b232/HCCETCDC1.cco.hc.hctx.net

Service Principal Name: RestrictedKrbHost/HCCETCDC1

Service Principal Name: RestrictedKrbHost/HCCETCDC1.cco.hc.hctx.net

Service Principal Name: RPC/b9a69348-4329-466c-84b5-9f130e7647a3._msdcs.hc.hctx.net

Service Principal Name: TERMSRV/HCCETCDC1

Service Principal Name: TERMSRV/HCCETCDC1.cco.hc.hctx.net

Service Principal Name: WSMAN/HCCETCDC1

Service Principal Name: WSMAN/HCCETCDC1.cco.hc.hctx.net

\net\hctx\hc\cco\Locations\I.S. Department\Servers\HCCSERVER

Computer Operating System Service Pack: Service Pack 2

Computer Operating System Version: 5.2 (3790)

Computer Operating System: Windows Server 2003

rIDSetReferences: CN=RID Set\0ADEL:ffcd30b3-c086-4432-b492-e26777545c2f,CN=Deleted Objects,DC=cco,DC=hc,DC=hctx,DC=

Service Principal Name: HOST/HCCSERVER

Service Principal Name: HOST/HCCSERVER.cco.hc.hctx.net

Service Principal Name: HOST/HCCSERVER.cco.hc.hctx.net/CCO

Service Principal Name: HOST/HCCSERVER.cco.hc.hctx.net/cco.hc.hctx.net

Service Principal Name: NtFrs-88f5d2bd-b646-11d2-a6d3-00c04fc9b232/HCCSERVER.cco.hc.hctx.net

Service Principal Name: SMTPSVC/HCCSERVER

Service Principal Name: SMTPSVC/HCCSERVER.cco.hc.hctx.net

**Subject:** Unable to replicate between sites Any Ideals?

**Date:** Monday, February 8, 2016 at 10:45:25 AM Central Standard Time

**From:** English, Angela (CCO)

**To:** Cordova, Pedro (ITC), Kominek, William (ITC)

**Priority:** High

Ok I'm starting over this week trying to find out what's happing to  our remote sites.

Check out the highlighted and underline information this is the results from one replsummary
And tell me what you think. (it looks like it's telling me "I see it but  I don't)?

## This is from HCCCODC3

Beginning data collection for replication summary, this may take awhile:

...................................................

.

| Source DSA | largest delta | fails/total %% | error |
|---|---|---|---|
| CSC-S90 | 06m:19s | 0 / 13 | 0 |
| CSC-S91 | 17m:47s | 0 / 77 | 0 |
| CSC-S92 | 10m:42s | 0 / 13 | 0 |
| CSC-S93 | 05m:58s | 0 / 13 | 0 |
| CSC-S94 | 10m:42s | 0 / 13 | 0 |
| CSC-S95 | 10m:42s | 0 / 38 | 0 |
| CSC-S96 | 12m:24s | 0 / 63 | 0 |
| HCCCODC1 | 06d.00h:05m:49s | 15 / 15 | 100  (1722) The RPC server is una vailable. |
| HCCCODC3 | 08m:16s | 0 / 30 | 0 |
| HCCCODC4 | 08m:16s | 0 / 30 | 0 |
| HCCCODC6 | 05m:46s | 0 / 43 | 0 |
| HCCETCDC1 | 06m:28s | 0 / 43 | 0 |
| HCPCT2DC3 | 57m:02s | 0 / 13 | 0 |
| HCPHDCMO1 | 12m:45s | 0 / 15 | 0 |
| HCSODC01 | 59m:58s | 0 / 58 | 0 |
| HCSODC02 | 02m:44s | 0 / 15 | 0 |
| HCSODC10 | 14m:58s | 0 / 15 | 0 |

This is from HCCETCDC1

Beginning data collection for replication summary, this may take awhile:
....

| Source DSA | largest delta | fails/total %% | error |
|---|---|---|---|
| SVPHCODC2 | 05m:36s | 0 / 13 | 0 |
| SVPHCODC5 | 05m:36s | 0 / 13 | 0 |

| Destination DSA | largest delta | fails/total %% | error |
|---|---|---|---|
| HCCETCDC1 | 05m:37s | 0 / 26 | 0 |

C:\Users\Administrator.CCO>repadmin /replsum
Replication Summary Start Time: 2016-02-08 09:48:57

Beginning data collection for replication summary, this may take awhile:

...................................................

.

| Source DSA | largest delta | fails/total %% | error |
|---|---|---|---|
| CSC-S90 | 14m:15s | 0 / 13 | 0 |
| CSC-S91 | 59m:15s | 0 / 77 | 0 |
| CSC-S92 | 03m:38s | 0 / 13 | 0 |
| CSC-S93 | 13m:54s | 0 / 13 | 0 |
| CSC-S94 | 03m:38s | 0 / 13 | 0 |
| CSC-S95 | 59m:15s | 0 / 38 | 0 |

| | largest delta | fails/total | |
|---|---|---|---|
| HCSODC11 | 14m:58s | 0 / 28 | 0 |
| HCTOSRV1 | 07m:22s | 0 / 38 | 0 |
| HCTOSRV2 | 06m:38s | 0 / 38 | 0 |
| HCTOSRV4 | 03m:06s | 0 / 38 | 0 |
| SVPCD4DC1 | 05m:29s | 0 / 26 | 0 |
| SVPCD4DC2 | 09m:52s | 0 / 64 | 0 |
| SVPHCAD2 | 08m:37s | 0 / 84 | 0 |
| SVPHCAD3 | 57m:45s | 0 / 108 | 0 |
| SVPHCAD4 | 56m:06s | 0 / 58 | 0 |
| SVPHCAD5 | 56m:06s | 0 / 97 | 0 |
| SVPHCCOMDC1 | 10m:52s | 0 / 37 | 0 |
| SVPHCCOMDC2 | 07m:16s | 0 / 37 | 0 |
| SVPHCODC1 | 56m:06s | 0 / 83 | 0 |
| SVPHCODC2 | 36m:49s | 0 / 152 | 0 |
| SVPHCODC3 | 57m:45s | 0 / 71 | 0 |
| SVPHCODC4 | 04m:52s | 0 / 15 | 0 |
| SVPHCODC5 | 07m:46s | 0 / 43 | 0 |
| SVPHCODC6 | 05m:28s | 0 / 15 | 0 |
| SVPHCODC8 | 24m:56s | 0 / 85 | 0 |
| SVPJPDDC02 | 09m:51s | 0 / 67 | 0 |
| SVPJPDDC1 | 33m:57s | 0 / 68 | 0 |
| SVPJPDDC2 | 56m:06s | 0 / 56 | 0 |
| SVPPHESDC01 | 11m:39s | 0 / 111 | 0 |
| SVPPHESDC02 | 57m:45s | 0 / 108 | 0 |
| SVPPHESDC03 | 57m:45s | 0 / 71 | 0 |
| SVPPHESDC1 | 57m:45s | 0 / 85 | 0 |
| SVRHCAD1 | 11m:06s | 0 / 41 | 0 |
| SVRHCODC1 | 04m:07s | 0 / 41 | 0 |
| SVRPHESDC1 | 07m:13s | 0 / 41 | 0 |
| ZNCDC | 11m:32s | 0 / 49 | 0 |
| ZWTPDC | 56m:32s | 0 / 26 | 0 |

| Destination DSA | largest delta | fails/total | |
|---|---|---|---|
| %% error | | | |
| CSC-S90 | 17m:35s | 0 / 13 | 0 |
| CSC-S91 | 10m:44s | 0 / 76 | 0 |
| CSC-S92 | 10m:11s | 0 / 13 | 0 |
| CSC-S93 | 12m:50s | 0 / 13 | 0 |
| CSC-S94 | 17m:49s | 0 / 13 | 0 |
| CSC-S95 | 06m:24s | 0 / 63 | 0 |

| | largest delta | fails/total | |
|---|---|---|---|
| CSC-S96 | 58m:54s | 0 / 63 | 0 |
| HCCETCDC1 | 11m:47s | 0 / 26 | 0 |
| HCPCT2DC3 | 49m:58s | 0 / 13 | 0 |
| HCPHDCMO1 | 05m:41s | 0 / 15 | 0 |
| HCSODC01 | 52m:54s | 0 / 58 | 0 |
| HCSODC02 | 55m:37s | 0 / 15 | 0 |
| HCSODC10 | 07m:54s | 0 / 15 | 0 |
| HCSODC11 | 11m:02s | 0 / 28 | 0 |
| HCTOSRV1 | 59m:34s | 0 / 38 | 0 |
| HCTOSRV2 | 59m:34s | 0 / 50 | 0 |
| HCTOSRV4 | 56m:02s | 0 / 38 | 0 |
| SVPCD4DC1 | 58m:25s | 0 / 41 | 0 |
| SVPCD4DC2 | 56m:47s | 0 / 53 | 0 |
| SVPHCAD2 | 57m:36s | 0 / 71 | 0 |
| SVPHCAD3 | 59m:34s | 0 / 108 | 0 |
| SVPHCAD4 | 56m:02s | 0 / 71 | 0 |
| SVPHCAD5 | 59m:34s | 0 / 123 | 0 |
| SVPHCCOMDC1 | 59m:16s | 0 / 37 | 0 |
| SVPHCCOMDC2 | 59m:19s | 0 / 37 | 0 |
| SVPHCODC1 | 59m:16s | 0 / 83 | 0 |
| SVPHCODC2 | 59m:19s | 0 / 139 | 0 |
| SVPHCODC3 | 57m:49s | 0 / 71 | 0 |
| SVPHCODC4 | 12m:49s | 0 / 15 | 0 |
| SVPHCODC5 | 11m:43s | 0 / 43 | 0 |
| SVPHCODC6 | 13m:25s | 0 / 15 | 0 |
| SVPHCODC8 | 59m:15s | 0 / 98 | 0 |
| SVPJPDDC02 | 57m:36s | 0 / 67 | 0 |
| SVPJPDDC1 | 58m:54s | 0 / 68 | 0 |
| SVPJPDDC2 | 57m:49s | 0 / 56 | 0 |
| SVPPHESDC01 | 59m:19s | 0 / 124 | 0 |
| SVPPHESDC02 | 59m:19s | 0 / 108 | 0 |
| SVPPHESDC03 | 59m:19s | 0 / 71 | 0 |
| SVPPHESDC1 | 59m:16s | 0 / 85 | 0 |
| SVRHCAD1 | 57m:03s | 0 / 41 | 0 |
| SVRHCODC1 | 57m:03s | 0 / 41 | 0 |
| SVRPHESDC1 | 56m:43s | 0 / 41 | 0 |
| ZNCDC | 55m:54s | 0 / 49 | 0 |
| ZWTPDC | 49m:28s | 0 / 26 | 0 |

| | | | | | | Destination DSA | largest delta | tails/total %% | error |
|---|---|---|---|---|---|---|---|---|---|

CSC-S96            06m:46s  0 / 63   0
HCCCODC3           05m:05s  0 / 58   0
HCCCODC4    06d.00h:06m:13s  15 / 86
17  (1722) The RPC server is una
vailable.
HCCCODC6           23m:17s  0 / 56   0
HCCETCDC1          15m:03s  0 / 26   0
HCPCT2DC3          57m:01s  0 / 26   0
HCPHDCMO1          11m:41s  0 / 15   0
HCSODC01           17m:45s  0 / 28   0
HCSODC02        01h:00m:00s  0 / 45   0
HCSODC10           08m:31s  0 / 28   0
HCSODC11           34m:26s  0 / 28   0
HCTOSRV1           02m:59s  0 / 50   0
HCTOSRV2           02m:34s  0 / 50   0
HCTOSRV4           06m:39s  0 / 50   0
SVPHCAD2           56m:09s  0 / 86   0
SVPHCAD3           08m:15s  0 / 84   0
SVPHCAD4           08m:38s  0 / 71   0
SVPHCAD5           03m:09s  0 / 96   0
SVPHCCOMDC1        07m:45s  0 / 49   0
SVPHCCOMDC2        06m:49s  0 / 49   0
SVPHCODC1          07m:50s  0 / 86   0
SVPHCODC2          04m:56s  0 / 98   0
SVPHCODC3          05m:32s  0 / 99   0
SVPHCODC4          24m:59s  0 / 15   0
SVPHCODC5          (unknown)  0 / 43   0
SVPHCODC6          36m:52s  0 / 15   0
SVPHCODC8          10m:17s  0 / 83   0
SVPJPDDC02         10m:54s  0 / 80   0
SVPJPDDC1          10m:16s  0 / 68   0
SVPJPDDC2          05m:05s  0 / 56   0
SVPPHESDC01        57m:47s  0 / 86   0
SVPPHESDC02        07m:16s  0 / 86   0
SVPPHESDC03        01m:51s  0 / 71   0
SVPPHESDC1         06m:53s  0 / 70   0
SVRHCAD1           01m:15s  0 / 41   0
SVRHCODC1          03m:50s  0 / 41   0
SVRPHESDC1         04m:36s  0 / 41   0
ZNCDC              07m:25s  0 / 61   0
ZWTPDC             57m:05s  0 / 13   0

| Destination DSA | largest delta | tails/total %% | error |
|---|---|---|---|
| CSC-S90 | 10m:31s | 0 / 13 | 0 |
| CSC-S91 | 03m:40s | 0 / 76 | 0 |
| CSC-S92 | 03m:07s | 0 / 13 | 0 |
| CSC-S93 | 05m:44s | 0 / 13 | 0 |
| CSC-S94 | 10m:45s | 0 / 13 | 0 |
| CSC-S95 | 59m:19s | 0 / 63 | 0 |
| CSC-S96 | 59m:40s | 0 / 63 | 0 |
| HCCETCDC1 | 07m:55s | 0 / 26 | 0 |
| HCPCT2DC3 | 49m:53s | 0 / 26 | 0 |
| HCPHDCMO1 | 04m:37s | 0 / 15 | 0 |
| HCSODC01 | 55m:39s | 0 / 28 | 0 |
| HCSODC02 | 52m:56s | 0 / 45 | 0 |
| HCSODC10 | 01m:27s | 0 / 28 | 0 |
| HCSODC11 | 12m:18s | 0 / 28 | 0 |
| HCTOSRV1 | 55m:55s | 0 / 50 | 0 |
| HCTOSRV2 | 55m:30s | 0 / 50 | 0 |
| HCTOSRV4 | 59m:35s | 0 / 50 | 0 |
| SVPCD4DC1 | 57m:11s | 0 / 67 | 0 |
| SVPCD4DC2 | 54m:31s | 0 / 66 | 0 |
| SVPHCAD2 | 49m:05s | 0 / 86 | 0 |
| SVPHCAD3 | 01m:10s | 0 / 84 | 0 |
| SVPHCAD4 | 01m:34s | 0 / 71 | 0 |
| SVPHCAD5 | 56m:05s | 0 / 96 | 0 |
| SVPHCCOMDC1 | :37s | 0 / 49 | 0 |
| SVPHCCOMDC2 | 59m:41s | 0 / 49 | 0 |
| SVPHCODC1 | :46s | 0 / 86 | 0 |
| SVPHCODC2 | 57m:52s | 0 / 98 | 0 |
| SVPHCODC3 | 58m:28s | 0 / 99 | 0 |
| SVPHCODC4 | 02m:55s | 0 / 15 | 0 |
| SVPHCODC5 | 11m:37s | 0 / 43 | 0 |
| SVPHCODC6 | 14m:49s | 0 / 15 | 0 |
| SVPHCODC8 | 03m:12s | 0 / 83 | 0 |
| SVPJPDDC02 | 03m:50s | 0 / 80 | 0 |
| SVPJPDDC1 | 03m:11s | 0 / 68 | 0 |
| SVPJPDDC2 | 58m:00s | 0 / 56 | 0 |
| SVPPHESDC01 | 50m:43s | 0 / 86 | 0 |
| SVPPHESDC02 | :12s | 0 / 86 | 0 |
| SVPPHESDC03 | 54m:47s | 0 / 71 | 0 |
| SVPPHESDC1 | 59m:44s | 0 / 70 | 0 |
| SVRHCAD1 | 54m:32s | 0 / 41 | 0 |
| SVRHCODC1 | 57m:07s | 0 / 41 | 0 |

| | | | | |
|---|---|---|---|---|
| SVRPHESDC1 | 57m:28s | 0 / | 41 | 0 |
| ZNCDC | :42s | 0 / | 61 | 0 |
| ZWTPDC | 50m:01s | 0 / | 13 | 0 |

Experienced the following operational errors
trying to retrieve replication info
rmation:

    58 - HCCCODC1.cco.hc.hctx.net

    8341 - SVRCP4DC2.cit4.hc.hctx.net

    8341 - SVRCP4DC1.cit4.hc.hctx.net

Experienced the following operational errors trying to
retrieve replication in
rmation:

    8341 - HCCCODC3.cco.hc.hctx.net

    ████████████████████████

    8341 - HCCCODC4.cco.hc.hctx.net

    58 - HCCCODC1.cco.hc.hctx.net

## Thanks

## Angela English

aenglish@cco.hctx.net

HCCO Network Administrator

713-755-9448

On 2/1/16, 2:45 PM, "English, Angela (CCO)" <AEnglish@cco.hctx.net> wrote:

I'm at the dc1 see if you can push replication it fails at Hc.hctx.net for me

Sent from my iPhone

*Ethernal*
*invalid is ccb.hctx.net*

**Subject:** RE: Please call me at 281-808-5583

**Date:** Monday, February 1, 2016 at 6:26:11 PM Central Standard Time

**From:** English, Angela (CCO)

**To:** Cordova, Pedro (ITC)

C:\Users\Administrator.CCO>repadmin /syncall
CALLBACK MESSAGE: Error contacting server 596358e5-2379-4c8a-a748-4db12d0adaa7._
msdcs.hc.hctx.net (network error): -2146893022 (0x80090322):
    The target principal name is incorrect.
CALLBACK MESSAGE: Error contacting server 68f89972-20a0-4360-80d6-44c61c6ced94._
msdcs.hc.hctx.net (network error): -2146893022 (0x80090322):
    The target principal name is incorrect.
CALLBACK MESSAGE: Error contacting server 9d88556f-b7a6-46e0-9ce9-0f8b2f7894d9._
msdcs.hc.hctx.net (network error): -2146893022 (0x80090322):
    The target principal name is incorrect.
CALLBACK MESSAGE: Error contacting server e31ae89d-5209-4f87-86ed-be3d8c78e909._
msdcs.hc.hctx.net (network error): -2146893022 (0x80090322):
    The target principal name is incorrect.
CALLBACK MESSAGE: SyncAll Finished.

SyncAll reported the following errors:
Error contacting server 596358e5-2379-4c8a-a748-4db12d0adaa7._msdcs.hc.hctx.net
(network error): -2146893022 (0x80090322):
    The target principal name is incorrect.
Error contacting server 68f89972-20a0-4360-80d6-44c61c6ced94._msdcs.hc.hctx.net
(network error): -2146893022 (0x80090322):
    The target principal name is incorrect.

Error contacting server 9d88556f-b7a6-46e0-9ce9-0f8b2f7894d9._msdcs.hc.hctx.net
(network error): -2146893022 (0x80090322):
    The target principal name is incorrect.
Error contacting server e31ae89d-5209-4f87-86ed-be3d8c78e909._msdcs.hc.hctx.net
(network error): -2146893022 (0x80090322):
    The target principal name is incorrect.


    Thanks
    Angela English
    aenglish@cco.hctx.net
HCCO Network Administrator
    713-755-9448


-----Original Message-----
From: Cordova, Pedro (ITC)
Sent: Monday, February 1, 2016 4:49 PM
To: English, Angela (CCO) <AEnglish@cco.hctx.net>
Subject: RE: Please call me at 281-808-5583


Did you do it form the PDC?


-----Original Message-----
From: English, Angela (CCO)
Sent: Monday, February 01, 2016 4:44 PM
To: Cordova, Pedro (ITC) <Pedro.Cordova@itc.hctx.net>
Subject: RE: Please call me at 281-808-5583

The reset worked fine, but it didn't do anything for me.

C:\Windows\system32>repadmin /replsummary Replication Summary Start Time: 2016-02-01 16:37:54

Beginning data collection for replication summary, this may take awhile:
    ...............................................


| Source DSA | largest delta | fails/total %% | error |
|---|---|---|---|
| CSC-S90 | 03m:38s | 0 / 13 | 0 |
| CSC-S91 | 48m:38s | 0 / 77 | 0 |
| CSC-S92 | 07m:49s | 0 / 13 | 0 |
| CSC-S93 | 03m:21s | 0 / 13 | 0 |
| CSC-S94 | 07m:49s | 0 / 13 | 0 |
| CSC-S95 | 52m:49s | 0 / 38 | 0 |
| CSC-S96 | 52m:49s | 0 / 63 | 0 |
| HCCCODC1 | 01h:34m:24s | 15 / 45 | 33 (2148074274) The target principal name is incorrect. |
| HCCCODC3 | 47m:12s | 0 / 30 | 0 |
| HCCCODC4 | 47m:12s | 0 / 30 | 0 |
| HCCCODC6 | 47m:07s | 0 / 43 | 0 |
| HCCETCDC1 | 20m:11s | 0 / 58 | 0 |
| HCPCT2DC3 | 39m:12s | 0 / 13 | 0 |
| HCPHDCMO1 | 09m:59s | 0 / 15 | 0 |

```
HCSODC01        41m:52s  0 / 58   0
HCSODC02        45m:21s  0 / 15   0
HCSODC10        11m:52s  0 / 15   0
HCSODC11        11m:52s  0 / 28   0
HCTOSRV1        49m:18s  0 / 38   0
HCTOSRV2        48m:46s  0 / 38   0
HCTOSRV4        45m:07s  0 / 38   0
SVPCD4DC1       47m:49s  0 / 26   0
SVPCD4DC2       51m:57s  0 / 64   0
SVPHCAD2        50m:36s  0 / 84   0
SVPHCAD3        50m:36s  0 /108   0
SVPHCAD4        50m:29s  0 / 58   0
SVPHCAD5        50m:36s  0 / 97   0
SVPHCCOMDC1       52m:49s  0 / 37   0
SVPHCCOMDC2       48m:41s  0 / 37   0
SVPHCODC1       51m:57s  0 / 83   0
SVPHCODC2       51m:57s  0 /152   0
SVPHCODC3       51m:57s  0 / 71   0
SVPHCODC4       02m:03s  0 / 15   0
SVPHCODC5       13m:18s  0 / 56   0
SVPHCODC6       02m:49s  0 / 15   0
SVPHCODC8       49m:58s  0 / 85   0
SVPJPDDC02      52m:05s  0 / 67   0
SVPJPDDC1       49m:22s  0 / 68   0
SVPJPDDC2       52m:05s  0 / 56   0
SVPPHESDC01       52m:05s  0 /111   0
SVPPHESDC02       52m:05s  0 /108   0
SVPPHESDC03       51m:57s  0 / 71   0
SVPPHESDC1      49m:22s  0 / 85   0
SVRHCAD1        46m:08s  0 / 41   0
SVRHCODC1       46m:08s  0 / 41   0
SVRPHESDC1      45m:46s  0 / 41   0
ZNCDC         52m:49s  0 / 49   0
ZWTPDC        38m:48s  0 / 26   0


Destination DSA    largest delta   fails/total %%   error
CSC-S90         14m:35s  0 / 13   0
CSC-S91         52m:50s  0 / 76   0
CSC-S92         07m:18s  0 / 13   0
CSC-S93         09m:29s  0 / 13   0
CSC-S94         14m:53s  0 / 13   0
CSC-S95         48m:23s  0 / 63   0
CSC-S96         48m:40s  0 / 63   0
HCCCODC1        13m:20s  0 / 28   0
HCCCODC3        47m:08s  0 / 73   0
HCCCODC4        20m:12s  0 / 86   0
HCCCODC6        47m:13s  0 / 56   0
HCCETCDC1       01h:34m:26s  15 / 41   36  (2148074274) The target prin
cipal name is incorrect.
HCPCT2DC3       38m:50s  0 / 26   0
HCPHDCMO1        08m:56s  0 / 15   0
HCSODC01        45m:22s  0 / 28   0
HCSODC02        41m:53s  0 / 45   0
```

```
HCSODC10          05m:34s  0 / 28   0
HCSODC11          :56s   0 / 28   0
HCTOSRV1          45m:08s  0 / 50   0
HCTOSRV2          39m:28s  0 / 50   0
HCTOSRV4          48m:47s  0 / 50   0
SVPHCAD2          49m:19s  0 / 86   0
SVPHCAD3          50m:30s  0 / 84   0
SVPHCAD4          50m:38s  0 / 71   0
SVPHCAD5          45m:06s  0 / 96   0
SVPHCCOMDC1        45m:20s  0 / 49   0
SVPHCCOMDC2        47m:12s  0 / 49   0
SVPHCODC1         49m:59s  0 / 86   0
SVPHCODC2         47m:04s  0 / 98   0
SVPHCODC3         47m:50s  0 / 99   0
SVPHCODC4         07m:20s  0 / 15   0
SVPHCODC5          :38s   0 / 43   0
SVPHCODC6         03m:48s  0 / 15   0
SVPHCODC8         51m:59s  0 / 83   0
SVPJPDDC02        42m:58s  0 / 80   0
SVPJPDDC1         52m:07s  0 / 68   0
SVPJPDDC2         46m:57s  0 / 56   0
SVPPHESDC01        40m:00s  0 / 86   0
SVPPHESDC02        49m:23s  0 / 86   0
SVPPHESDC03        43m:58s  0 / 71   0
SVPPHESDC1        48m:43s  0 / 70   0
SVRHCAD1          43m:15s  0 / 41   0
SVRHCODC1         45m:48s  0 / 41   0
SVRPHESDC1        46m:10s  0 / 41   0
ZNCDC             49m:20s  0 / 61   0
ZWTPDC            39m:14s  0 / 13   0
```

Experienced the following operational errors trying to retrieve replication info
rmation:
        8341 - SVPCD4DC1.cd4.hc.hctx.net
        8341 - SVPCD4DC2.cd4.hc.hctx.net

C:\Windows\system32>

    Thanks
  Angela English
    aenglish@cco.hctx.net
HCCO Network Administrator
      713-755-9448


-----Original Message-----
From: Cordova, Pedro (ITC)
Sent: Monday, February 1, 2016 3:52 PM
To: English, Angela (CCO) <AEnglish@cco.hctx.net>
Subject: Re: Please call me at 281-808-5583


http://neilbryan.ca/the-target-principal-name-is-incorrect-active-directory-domain-controller-replication-issue/

Exhibit 7

## DT-CCO-CJB Properties

General   Object   Security   Attribute Editor

DT-CCO-CJB

Description:   Root to CCO @ CJB Bldg

Sites not in this site link:          Sites in this site link:

ConPct4-Cypresswood
CSC-East
CSC-North                             DT-Primary
CSC-South
CSC-West
HCPCT1-ElRio
HCSO-Atascocita
HCSO-Baker                  << Remove
HCSO-Ballistics
HCSO-Caroline
HCSO-Lockwood

Cost:                100

Replicate every          15          minutes

Change Schedule...

OK          Cancel          Apply          Help

*Call Ticket #345691 to CTS to request Server*

Begin forwarded message:

**From:** Angela English-CTMH <angelaenglish5915@yahoo.com>
**Date:** January 31, 2016 at 10:49:08 AM CST
**To:** ITC Auto Ticket - Helpdesk <autoticket@ap3.hctx.net>
**Cc:** <Pedro.Cordova@itc.hctx.net>
**Subject: Site link change**

Can you please add CCO-ETC and CCO-Primary to DT-CCO-CJB site link?

Sent from Angela's iPad

Sent from Angela's iPad

**English, Angela (CCO)**

| | |
|---|---|
| **From:** | English, Angela (CCO) |
| **Sent:** | Monday, February 22, 2016 7:59 AM |
| **To:** | Sheppard, Laura (CCO) |
| **Subject:** | FW: Copy of Notice |

**Importance:**      High

**Tracking:**

| Recipient | Delivery |
|---|---|
| Sheppard, Laura (CCO) | Delivered: 2/22/2016 7:59 AM |

Morning,
I was just checking with you to see if this notice was complete, because Mark A stated that I needed to see you for a copy from you because it wasn't complete.   Plus can I PLEASE! have a copy of all documents in my personal  file folder?

**From:** Antill, Mark (CCO)
**Sent:** Wednesday, February 10, 2016 4:20 PM
**To:** English, Angela (CCO)
**Cc:** Martinez, Mark (CCO)
**Subject:** Re: Copy of Notice

I gave the original to Laura Shepherd this morning.

There is an additional attachment I am waiting on to add for the record.

Once complete, ia m sure she will get you a copy.


Mark Antill
Director of Information Technology
Office of Stan Stanart
Harris County Clerk
O: 713.755.3571
C: 832.840.5201



On Feb 10, 2016, at 3:34 PM, English, Angela (CCO) <AEnglish@cco.hctx.net> wrote:

I am in the process of getting ready to go home, do you have a copy of the form,  that we talked about last night?

*Thanks*
*Angela English*
aenglish@cco.hctx.net
HCCO Network Administrator

1

Exhibit 9 (1 of 2)

On February 9, 2016 the written notice **did not state** that I had to consult with my supervisor before engaging with outside departments regarding request for assistance.  It stated that I directly asked CTS to open a trouble ticket with Microsoft (in which was untrue as well) and that has always been policy that I have continue to follow.

The request to not call **CTS** until you approve it,  was a request that you gave me verbally on February 19, 2016 after you talked to Bob Reasoner  on February 17, 2016,  on the phone and requested that he call Microsoft,  because they could not come up to an conclusion of the issue as well.     *Mark Antill requested the call*

I have an email that reached out to Bob Reasoner stating that Mark M told me to give him a call to see if they could help resolve this issue.  No one is stating that the issues, are issue that has happen on their side (CTC) in which I do not have control and I have to request that they make the necessary changes to resolve so of the issues.

It is stated that February 15th that I visited CTS regarding the issue and that is gain untrue.  I did not visited them until after our meeting, which took place on February 17th, in which I stated at the meeting, that I was working with them today on the issue.   In which they found out that they could not resolve and that they would have to call Microsoft for assistant.

# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS

## WARNING NOTICE REPORT

The following WARNING NOTICE was issued today and is to be made part of the official record.

Angela Regina Adams-English _____    _____3/2/2016_____
*(Name)*                                                                         *(Date)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | ☐ | Tardiness | | 9. | — | Carelessness |
| 2. | | Attendance | | 10. | | Dishonesty |
| 3. | | Unreported Absence | | 11. | X | Insubordination |
| 4. | | Leaving Without Permission | | 12. | X | Defective and Improper Work |
| 5. | | Doctor's Affidavit | | 13. | | Failure to Follow Instructions |
| 6. | | Improper Conduct | | 14. | X | Failure to Follow Office Procedures |
| 7. | | Fighting on Premises | | 15. | | Other |
| 8. | | Reporting Under the Influence of Alcohol/Drugs | | 16. | | Termination |

REMARKS:                     *(Set forth all facts in detail)*

On Tuesday, February 9th, you were given written notice of your failure to follow office procedures which stated that you were to consult with your supervisor *before* engaging with any outside department regarding request for assistance.

On Monday, February 15th, you visited with CTS (Central Technology Services) regarding an ongoing issue with CCO DC (Domain Controllers) not replicating without prior consent from your Supervisor.

On Wednesday, February 17th, you went to CTS and spent most of the day with CTS personnel troubleshooting the CCO DC issue. CTS went so far as to open a support ticket with Microsoft at a cost of $1,000. You did all this without prior consent of your supervisor. In fact, no one in the CCO IT department knew you were at CTS until later that day. This is unacceptable. As an employee of the County Clerk's Office, you are required to follow the supervision of those who have supervisory roles over you.

As a result of your insubordination, you will be suspended for two days, without pay, Thursday, March 3rd and Friday, March 4th, 2016.

Improvement in your job performance must be shown immediately. Nothing prohibits immediate termination at any time should circumstances so warrant.

_____                     _____
                                                                        *Signature of Director*

_____ *Witness*

                          I have read this Report: _____
                                                                        *Signature of Employee*

═══════════════════════════════════════════════════════════

The above has been noted and is made part of the above employee's record as of this date.

Offense No.    1    2    3    4

_____                     _____
*Administration Department*                                      *Date*

Form No. Z-02-19 (Rev. 01/01/2011)



# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS

Exhibit 10

### WARNING NOTICE REPORT

The following <u>WARNING NOTICE</u> was issued today and is to be made part of the official record.

Angela Regina Adams-English _____     2/9/2016 _____
*(Name)*                                                                                   *(Date)*

| | | | | |
|---|---|---|---|---|
| 1. | Tardiness | 9. | | Carelessness |
| 2. | Attendance | 10. | | Dishonesty |
| 3. | Unreported Absence | 11. | | Insubordination |
| 4. | Leaving Without Permission | 12. | X | Defective and Improper Work |
| 5. | Doctor's Affidavit | 13. | | Failure to Follow Instructions |
| 6. | Improper Conduct | 14. | X | Failure to Follow Office Procedures |
| 7. | Fighting on Premises | 15. | | Other |
| 8. | Reporting Under the Influence of Alcohol/Drugs | 16. | | Termination |

REMARKS:                          *(Set forth all facts in detail)*

You went outside normal office procedures when you contacted Central Technology Services (CTS) regarding an internal issue with the County Clerk's Office (CCO) Domain Controllers. You requested help directly from CTS in resolving the issue; itself, not a bad practice. When you directly asked CTS to open a Microsoft trouble ticket, at the expense of $250.00 per hour, is when you went outside normal procedures.

Office policy states that any request for expenditures are to be directed and approved through the proper channels.

In addition, the immediate request to CTS for assistance, without fully understanding the issue at hand, was premature and fruitless as the issue, ultimately, was on the CCO side. The issue was resolved when additional CCO personnel properly diagnosed and corrected the configuration. This was at additional costs and time that could have been easily avoided. Had the Domain Controllers been properly configured to begin with, which is your responsibility, this all could have been avoided.

*All is false please see attachment of proof*

_____
Signature of Director

_____
*Witness*

I have read this Report _____
Signature of Employee

The above has been noted and is made part of the above employee's record as of this date.

Offense No.     1     2     3     4

_____                 _____
*Administration Department*                       *Date*

Form No. Z-02-19 (Rev. 01/01/2011)

I disagree with the information on this document.

The document states the issue has been fixed as you can see issue is <u>still not fixed</u>

Other supporting documents can be added.



Microsoft Windows [Version 6.2.9200]
(c) 2012 Microsoft Corporation. All rights reserved.

C:\Users\Administrator.CCO>repadmin /replsum
Replication Summary Start Time: 2016-02-09 14:49:06

Beginning data collection for replication summary, this may take awhile:
......................................

| Source DSA | largest delta | fails/total | %% | error |
|---|---|---|---|---|
| CSC-S90 | 14m:20s | 0 / 13 | 0 | |
| CSC-S91 | 59m:20s | 0 / 77 | 0 | |
| CSC-S92 | 03m:44s | 0 / 13 | 0 | |
| CSC-S93 | 13m:57s | 0 / 13 | 0 | |
| CSC-S94 | 03m:44s | 0 / 13 | 0 | |
| CSC-S95 | 59m:20s | 0 / 38 | 0 | |
| CSC-S96 | 58m:58s | 0 / 63 | 0 | |
| HCCCODC1 | 07d.07h:58m:52s | 9 / 15 | 60 | (1256) The remote system is not available. For information about network troubleshooting, see Windows Help. |
| HCCCODC3 | 58m:00s | 0 / 30 | 0 | |
| HCCCODC4 | 13m:40s | 0 / 30 | 0 | |

```
HCCCODC6          59m:01s  0 / 43  0
HCCETCDC1         15m:10s  0 / 71  0
HCPCT2DC3         50m:04s  0 / 13  0
HCPHDCMO1         05m:46s  0 / 15  0
HCSODC01          53m:03s  0 / 58  0
HCSODC02          55m:02s  0 / 15  0
HCSODC10          08m:03s  0 / 15  0
HCSODC11          11m:10s  0 / 28  0
HCTOSRV1          :27s  0 / 38  0
HCTOSRV2          59m:20s  0 / 50  0
HCTOSRV4          56m:10s  0 / 38  0
SVPCD4DC1         58m:29s  0 / 41  0
SVPCD4DC2         56m:51s  0 / 79  0
SVPHCAD2          57m:41s  0 / 84  0
SVPHCAD3          56m:10s  0 / 108  0
SVPHCAD4          56m:10s  0 / 71  0
SVPHCAD5          58m:58s  0 / 123  0
SVPHCCOMDC1       59m:24s  0 / 37  0
SVPHCCOMDC2       59m:24s  0 / 37  0
SVPHCODC1         59m:24s  0 / 83  0
SVPHCODC2         59m:24s  0 / 152  0
SVPHCODC3         57m:55s  0 / 84  0
SVPHCODC4         12m:55s  0 / 15  0
SVPHCODC5         14m:10s  0 / 56  0
SVPHCODC6         13m:29s  0 / 15  0
SVPHCODC8         59m:20s  0 / 98  0
SVPJPDDC02        57m:41s  0 / 67  0
SVPJPDDC1         58m:58s  0 / 68  0
SVPJPDDC2         57m:55s  0 / 56  0
SVPPHESDC01       59m:24s  0 / 124  0
SVPPHESDC02       59m:24s  0 / 108  0
SVPPHESDC03       59m:24s  0 / 71  0
SVPPHESDC1        59m:24s  0 / 85  0
SVRHCAD1          57m:11s  0 / 41  0
SVRHCODC1         57m:11s  0 / 41  0
SVRPHESDC1        56m:51s  0 / 41  0
ZNCDC             55m:59s  0 / 49  0
ZWTPDC            49m:33s  0 / 26  0
```

```
Destination DSA    largest delta    fails/total %%  error
CSC-S90           11m:01s  0 / 13  0
CSC-S91           04m:10s  0 / 76  0
CSC-S92           03m:36s  0 / 13  0
CSC-S93           05m:54s  0 / 13  0
CSC-S94           11m:15s  0 / 13  0
CSC-S95           59m:25s  0 / 63  0
CSC-S96           59m:47s  0 / 63  0
HCCCODC1          09m:09s  0 / 15  0
HCCCODC3          59m:25s  0 / 71  0
HCCCODC4          07d.07h:59m:18s  9 / 86  10  (1256) The remote system is
not available. For information about network troubleshooting, see Windows Help.
HCCCODC6          01m:39s  0 / 56  0
```

| HCCETCDC1 | 14m:37s  0 / 26  0 |
| HCPCT2DC3 | 50m:01s  0 / 26  0 |
| HCPHDCMO1 | 05m:04s  0 / 15  0 |

He states that I went over his head and asked someone to called Microsoft to fix and issue, in which was false.  I make a point to create a call ticket with CTS for any work issue that needs addressing.

When I work on service agreements quotes with anybody I always take it to my department heads to sign off on it because I know I do not have any power.   So why would I start now?

Again below you can see my practices that I use when requesting services from CTS.

| | TO | SUBJECT | SENT | S... CATEG... |
|---|---|---|---|---|
| ⊿ **Date: Last Week** | | | | |
| | Antill, Mark (CCO); Hughen, Mark (ITC) | RE: Harris County, CTS Data Center Tour | Tue 2/2/2016 9:23 AM | 1... |
| | (ITC) Help Desk -Autoticket | Site link change | Sun 1/31/2016 11:37 AM | 1... |
| ⊿ **Date: Two Weeks Ago** | | | | |
| | (ITC) Help Desk -Autoticket | RE: Incident #345340 - Thank you for your Helpdesk submis... | Wed 1/27/2016 4:37 PM | 7... |
| | (ITC) Help Desk | FW: Undeliverable: Re: Just in: Life is Good. | Wed 1/27/2016 2:55 PM | 1... |
| | autoticket@ap2.hcnet.net | FW: Undeliverable: Re: Just in: Life is Good. | Wed 1/27/2016 2:19 PM | 1... |
| | (ITC) Help Desk -Autoticket | FWD: Undeliverable: Re: Just in: Life is Good. | Tue 1/26/2016 1:46 PM | 1... |
| ⊿ **Date: Three Weeks Ago** | | | | |
| | Duarte, Jose (CCO); Garrett, Joel (CCO) | FW: Incident #344280 - Thank you for your Helpdesk subm... | Thu 1/21/2016 4:13 PM | 1... |
| ⊿ **Date: Last Month** | | | | |
| | Cordova, Pedro (ITC) | Re: HCCETCDC1 This is in a different Site | Thu 1/14/2016 11:43 AM | E... |
| | autoticket@ap2.hcnet.net | Web Certificate | Tue 1/5/2016 3:45 AM | 6... |
| | Cordova, Pedro (ITC) | RE: Web Certificate | Mon 1/4/2016 11:42 AM | 1... |
| ⊿ **Date: Older** | | | | |

6/15/2016                                              XFINITY Connect

**XFINITY Connect**                                              **aenglish5915@comcast.net**

— Font Size -

---

**RE: Form 300 of Grievance**

---

**From :** ANGELA <aenglish5915@comcast.net>                    Sun, Mar 20, 2016 04:08 PM

**Subject :** RE: Form 300 of Grievance

**To :** George Hammerlein (CCO) <GHammerlein2@hctx.net>

That will be fine, to continue this process when I return.

Angela English
aenglish5915@comcast.net
----- Original Message -----
From: George Hammerlein (CCO) <GHammerlein2@hctx.net>
To: aenglish5915@comcast.net
Sent: Thu, 17 Mar 2016 16:34:44 -0000 (UTC)
Subject: RE: Form 300 of Grievance

Ms. English,


I knowledge receipt of your email dated March 11, 2016 providing Grievance Form 300.  Since I have learned that you are currently out of the office on family medical leave due to an illness, I don't want to inconvenience
you while you are recuperating.  Therefore, I would like to offer you the option of postponing this grievance process until you are feeling better. Please advise no later than tomorrow morning, Friday, March 18th, if you choose to postpone the
Grievance process or proceed; your choice.

I look forward to hearing from you as soon as possible.



George Hammerlein

Chief Deputy

Harris County Clerk's Office


713-755-5555



**From:** aenglish5915@comcast.net [mailto:aenglish5915@comcast.net]

**Sent:** Friday, March 11, 2016 10:29 AM
**To:** Hammerlein, George (CCO)
**Subject:** Form 300 of Grievance


There are attached documents showing how I am getting written up with false information and that I have supporting documents that proves that the information is false.  I started this grievance process to handle this situation that is part
of the continue harassment, that I have been receiving for months now.  It seems unfair that I can be
written up with false information and other  are learning from their mistakes. Please call me at 281-808-5583 to clarify any information.  As stated before this harassment has nothing to do with my work performance and it
is clearly personal.


Angela Adams English

## HARRIS COUNTY GRIEVANCE
## FORM 100
## EMPLOYEE GRIEVANCE

**DO NOT USE THIS FORM IF YOU HAVE BEEN TERMINATED. Please type or print using a ball point pen.**

| Employee Name: | Job Title: |
|---|---|
| Angela R Adams-English | Network Administrator |
| **Department:** | **Work Phone:** |
| Harris County Clerks Office IT | 713-755-9448 |

I have discussed this complaint with my immediate supervisor and I have received his/her verbal answer on (date) _3_ / _1_ / _201_ . Because this answer is unacceptable to me, I wish to file a formal complaint.

**Adverse Impact Statement:** Specify the law, ordinance, resolution, policy or rule that was violated and how it adversely affected you.

The warning notice was compiled of hearsay, Open record act documents not utilized

**Nature of grievance:** Explain how you were unfairly treated including names and dates. (Use additional pages if needed)

See Attached Document.

**A Just and Fair Solution to my grievance is:**

See Attached Document.

I understand that if I wish to further appeal my complaint I have five (5) working days from my supervisor's response to submit the grievance to next step in the procedure. Grievances not appealed in a timely manner are considered settled at the previous level. **I UNDERSTAND THAT I MAY NOT GRIEVE A TERMINATION AND THAT ALL GRIEVANCES COMPLAINING OF TERMINATION ARE AUTOMATICALLY DENIED AT THE TIME OF FILING.**

Date: _3_ / _1_ / 2015          Signature: _____

**Nature of grievance**:

Mrs. Laura Sheppard notified me Wednesday February 24, 2016, that a warning notice report was added to my employment records.  This is an unfair and not support write up that was written up on hearsay and not any supporting documents (that is part of the mission statement that the county clerk stand behind). In compliance with the open record act, there are years and/or months of documents leading up to this notice that will support the way that I always conduct business.  I have never, nor will I ever go above management, to approve a process, in which I have always been aware of the steps of approval.  I am very aware that I am not authorize to make such a judgement.

**A Just and Fair Solution to my grievance is:** Have the document that was based on hearsay, contradictions and intimidations removed from my records and please start applying our mission statement.